FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 13 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ROSS ARELLANO EDWARDS
Assistant United States Attorney
Arizona State Bar No. 033439
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Ross.Arellano.Edwards@usdoj.gov
*Attorneys for Plaintiff*

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Yabeck Ariel Luna-Rodriguez;
2. Abel Nunez;

Defendants.

No. CR 26-1213-PHX-KML (JZB)

**INDICTMENT**

VIO: 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2
(Material False Statement During the Purchase of a Firearm, Aid and Abet)
Count 1

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about February 26, 2024, in the District of Arizona, Defendant YABECK ARIEL LUNA-RODRIGUEZ knowingly made false statements and representations in connection with the acquisition of a firearm to 5 Shot Firearms, which were intended and likely to deceive 5 Shot Firearms as to a fact material to the lawfulness of a sale of a firearm by 5 Shot Firearms, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of 5 Shot Firearms, in that

Defendant YABECK ARIEL LUNA-RODRIGUEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearm(s) on behalf of someone else. Defendant ABEL NUNEZ aided and abetted YABECK ARIEL LUNA-RODRIGUEZ in the commission of said conduct.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including, but not limited to:

- Apple iPhone, 13 Pro Max, serial number N9HCWDH39G;
- Apple iPhone 12, serial number JM6GY9PT2D.

If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without

difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 13, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney